IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM J. BENTON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 1:04CV00106 |
| | * | |
| MICHAEL MUNDY, Deputy Sheriff, | * | |
| in His Individual and His Official Capacity; | * | |
| DAN JOHNSON, former Sheriff, in His | * | |
| Individual Capacity; KEITH BOWERS, | * | |
| Sheriff, in His Official Capacity; and | * | |
| JOHN DOES ##1-3, Deputy Sheriffs, in | * | |
| Their Individual and their Official Capacities; | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that plaintiff's complaint is dismissed with prejudice.

DATED this 14th day of March 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE